[984 NE2d 317, 960 NYS2d 343]

In the Matter of PERRY BELLAMY, Appellant, v NEW YORK CITY POLICE DEPARTMENT, Respondent.

Decided February 12, 2013

### APPEARANCES OF COUNSEL

*Perry Bellamy*, appellant pro se.

*Michael A. Cardozo, Corporation Counsel*, New York City (*Sharyn Rootenberg* and *Larry A. Sonnenshein* of counsel), for respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, without costs, and certified question not answered on the ground that it is unnecessary. In denying the subject Freedom of Information Law request, the Appellate Division did not abuse its discretion.

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH and PIGOTT. Taking no part: Judge RIVERA.